No. 493, Misc.  BLAKSLEY  *v.*  MICHIGAN.  Supreme Court of Michigan.  Certiorari denied.

No. 494, Misc.  WALSHFER  *v.*  MICHIGAN.  Supreme Court of Michigan.  Certiorari denied.

No. 495, Misc.  HARRIS  *v.*  ROBINSON, WARDEN.  Circuit Court of Randolph County, Illinois.  Certiorari denied.

No. 496, Misc.  MORANDA  *v.*  CALIFORNIA.  Supreme Court of California.  Certiorari denied.

No. 500, Misc.  McMORRIS  *v.*  ASHE, WARDEN.  Supreme Court of Pennsylvania.  Certiorari denied.

No. 505, Misc.  VACCARO  *v.*  NEW YORK.  County Court of Manhattan County, New York.  Certiorari denied.

No. 507, Misc.  CARROLL  *v.*  SWENSON, WARDEN.  C. A. 4th Cir.  Certiorari denied.

No. 508, Misc.  HOLIDAY  *v.*  MARYLAND.  Court of Appeals of Maryland.  Certiorari denied.

No. 510, Misc.  STEPHENSON  *v.*  PAGE, WARDEN.  C. A. 3d Cir.  Certiorari denied.

No. 513, Misc.  DUFFY  *v.*  ASHE, WARDEN.  Supreme Court of Pennsylvania.  Certiorari denied.

No. 516, Misc.  WILLIAMS  *v.*  ILLINOIS.  Supreme Court of Illinois.  Certiorari denied.

*Rehearing Denied.*